■ In the Matter of DELORES HARRIS, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents. [618 NYS2d 568] —Appeal by the petitioner from a judgment of the Supreme Court, Queens County (Lane, J.), dated February 23, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lane in his memorandum decision at the Supreme Court, dated December 22, 1992. Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.